**Opinion issued March 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00816-CV

————————————

## KRISTIE MARIE LOWERY, Appellant

## V.

## JONATHAN GUERRERO AND THUY JULIE NGUYEN, Appellees

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1146100

## MEMORANDUM OPINION

On December 4, 2020, appellant, Kristie Marie Lowery, filed a notice of restricted appeal of the trial court's September 16, 2020 final judgment in favor of appellees, Jonathan Guerrero and Thuy Julie Nguyen. *See* TEX. R. APP. P. 26.1(c), 30 (party that "did not participate . . . in the hearing that resulted in the judgment

complained of" may file notice of appeal "within six months after the judgment or order is signed").

The parties, representing that they have reached a settlement agreement "rendering further proceedings in this appeal unnecessary," have filed a Joint Motion to Vacate the Trial Court's Judgment and Dismiss the Appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties' motion requests that we "(a) render judgment effectuating the parties' agreement entered into on December 30, 2020 or (b) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement and dismiss the appeal." No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion, dismiss the appeal, set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.